UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Scott V Miller<br>   Belinda G Miller<br><br>                    Debtors | CASE NO: 14-31857<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM

    Jeffrey M. Kellner, Chapter 13 Trustee, objects to the claim of US BANK TRUST NA, C/O CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134, Trustee claim number 00001, Court claim number 8, filed July 18, 2014 in the amount of $164,128.86 on the ground(s) that:

The Trustee has requested additional information regarding the mortgage proof of claim, which the Creditor has failed to provide.  Specifically, the Trustee requested a breakdown/explanation of the item listed on line 4 Part 2 of the B 10A (Attachment A) of the arrears portion of the mortgage proof of claim in the amount of $1,790.00.  The charge for filing fees and Court costs seems excessive since the standard foreclosure filing fee for Miami County, Ohio is $500.00.  Therefore, the Trustee is objecting to the arrears portion of the mortgage proof of claim in the amount of $1,790.00.

The Trustee moves that:

Disallow the arrears portion of the mortgage proof of claim in the amount of $1,790.00.  Allow the remaining arrears of $25,121.28 and the monthly conduit in the amount of $1,223.89.

                                  /s/ Jeffrey M. Kellner
                                Jeffrey M. Kellner 0022205
                                Chapter 13 Trustee
                                131 N LUDLOW ST   SUITE 900
                                DAYTON, OH  45402-1161
                                (937)222-7600   Fax (937)222-7383
                                email: chapter13@dayton13.com

14-31857

## NOTICE OF OBJECTION TO CLAIM

Jeffrey M Kellner, Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to the claim**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W Third St., Dayton, OH 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to

Scott V Miller, 156 W. Hamilton Street, West Milton, OH  45383

Belinda G Miller, 156 W. Hamilton Street, West Milton, OH  45383

DAVID L MIKEL, 210 W MAIN ST, TROY, OH  45373

Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow St., Dayton, OH 45402

Office of the U.S. Trustee, 170 North High St., Suite 200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further hearing or notice.

CERTIFICATE OF SERVICE                                                                                    14-31857
_____                                                                                    

I hereby certify that on August 27, 2014, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID L MIKEL
210 W MAIN ST
TROY, OH  45373

And on the following by ordinary U.S. Mail, on August 27, 2014:

Scott V Miller
Belinda G Miller
156 W. Hamilton Street
West Milton, OH  45383

(48.1n)
JOE ANDERSON, CEO
C/O CALIBER HOME LOANS INC
3701 REGENT BLVD
IRVING, TX  75063

(44.1n)
MARTHA R SPANER
REISENFELD & ASSOCIATES LPA LLC
3962 RED BANK ROAD
CINCINNATI, OH  45227

(1.1)
US BANK TRUST NA
C/O CALIBER HOME LOANS INC
BOX 650856
DALLAS, TX  75365

(1.3)
US BANK TRUST NA
C/O CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK  73134

(1.4)
DAVID H YUNGHANS
REISENFELD & ASSOCIATES LPA LLC
3962 RED BANK ROAD
CINCINNATI, OH  45227

(1.2)
RICHARD K DAVIS, CHAIR/PRES/DIR
US BANK NATIONAL ASSOCIATION
425 WALNUT STREET
CINCINNATI, OH  45202-3912

Jeffrey M Kellner, Trustee        /s/ Jeffrey M. Kellner_____ pg

1431857_91_20140826_0759_067/T306_pg
###

## Certified Mail Certificate of Service

14-31857

I hereby certify that a copy of the attached was served by electronic service or was mailed by certified mail to each of the following on the date of the electronic filing.

RICHARD K. DAVIS, CHAIR/PRES/DIR
U.S. BANK NATIONAL ASSOCIATION
425 WALNUT STREET
CINCINNATI, OH 45202-3912

By Certified Mail Number:   (Chapter 13 Use Only)

JEFFREY M. KELLNER   By  /s/  JEFFREY M. KELLNER

1431857_314_20140826_0801_620/T369_pg

**Certified Mail Certificate of Service**                                    14-31857

I hereby certify that a copy of the attached was served by electronic service or was mailed by certified mail to each of the following on the date of the electronic filing.

JOE ANDERSON, CEO
CALIBER HOME LOANS, INC
3701 REGENT BLVD.
IRVING, TX 75063

By Certified Mail Number:    (Chapter 13 Use Only)

                                    JEFFREY M. KELLNER    By   /s/  JEFFREY M. KELLNER

1431857_314_20140826_0802_620/T369_pg