**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO AT DAYTON**

| | |
|---|---|
| In Re: | CASE NO. 14-31857 |
| SCOTT V. MILLER | |
| BELINDA G. MILLER | Chapter 13 |
| Debtors | JUDGE Lawrence S. Walter |

**RESPONSE TO OBJECTION TO CLAIM, doc. 32**

Comes now U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact ("Creditor") by and through its undersigned attorney of record and hereby responds to the Trustee's Objection to Claim.

Creditor is in the process of reviewing the claim and a breakdown of the foreclosure fees and costs was requested.

WHEREFORE, Creditor requests that the Objection be overruled.

Respectfully Submitted,

/s/ David H. Yunghans
David H. Yunghans (0078839)
Martha R. Spaner (0074971)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: OHBK@rslegal.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this September 25, 2014, by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically via ECF Mail:**

    David L Mikel, Debtor`s Counsel
    dlmecf@dunganattorney.com

    Jeffrey M. Kellner, Bankruptcy Trustee
    ecfclerk@dayton13.com

    U.S. Trustee
    (Registered Address)@usdoj.gov

**Via Regular U.S. Mail:**

    Scott V. Miller, Debtor
    Belinda G. Miller, Debtor
    156 Hamilton Street
    West Milton, OH 45383-1812

    /s/ David H. Yunghans

    David H. Yunghans